# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANNIE CAMPBELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:21-cv-01169-SGC |
| CIRCUSTRIX, LLC, *et al.*, | ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT[1]

In accordance with the accompanying memorandum opinion and with Rule 58 of the *Federal Rules of Civil Procedure*, the defendants' motion for summary judgment is **GRANTED**. (Doc. 38). All claims presented in this matter are **DISMISSED WITH PREJUDICE**. Costs are taxed as paid.

**DONE** this 28th day of September, 2023.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE

---

[1] The parties have unanimously consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). (Doc. 28).